AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____NORTH CAROLINA_____

UNITED STATES OF AMERICA

V.

LINDA DAWSON

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 5:12-CR-284-2F

The Defendant was found NOT GUILTY as to Counts 7, 8 and 9, therefore this case is DISMISSED.
IT IS THEREFORE ORDERED AND ADJUDGED that the Defendant be acquitted, discharged, and any bond exonerated.

_James C. Fox_
Signature of Judge

JAMES C. FOX     Senior     US District Judge
Name of Judge               Title of Judge

7/30/2014
Date